UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH JOHNSON,

                Plaintiff,

                                          No. 6:02-CV-0630
       v.                                (C.J. Scullin)

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL |
|---|---|
| OLINSKY DiMARTINO LAW FIRM<br>Attorney for Plaintiff<br>186 West First Street<br>Historic First National Bank<br>Oswego, New York   13126 | HOWARD OLINSKY, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>   for the Northern<br>District of New York<br>Attorney for Defendant<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, New York   13261 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

**FREDERICK J. SCULLIN, JR., C.D.J.**:

**<u>DECISION AND ORDER</u>**

     The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed November 29, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed November 29, 2005 is **ACCEPTED** in its entirety; and it is further

**ORDERED**, that the Commissioner's decision denying disability benefits is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

**IT IS SO ORDERED.**

DATED: December 28, 2005
       Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge