# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**Joseph Johnson**

               V.                **CASE NUMBER: 6:02-cv-230 (FJS)**

**Commissioner of Social Security**

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The [10] Report Recommendations of Magistrate Judge Treece is adopted in its entirety. The Commissioner's Decision denying benefits is reversed and remanded pursuant to sentence 4 of 42 USC 405(g).

All of the above pursuant to the order of the Honorable Chief Judge Frederick J. Scullin, Jr., dated the 28th day of December, 2005.

December 28th, 2005                LAWRENCE K. BAERMAN
_____    _____
**DATE**                                  **CLERK OF COURT**

                                              __S/_____
                                              **KARA LOONEY**
                                              **DEPUTY CLERK**